# EXHIBIT 1

**Hamlet Police Department Records**

# INCIDENT/INVESTIGATION REPORT

**Agency Name:** HAMLET POLICE DEPARTMENT

**DRI** NC 0770200

**Date / Time Reported:** Month 10 Day 08 Yr. 95 Time 1316 Hrs. — S M T W T F S

## INCIDENT DATA

**#1 Crime / Incident(s):** B&E&LARCENY OF MOTOR VEH.
- ☐ Attempt ☒ Complete
- **At Found** S M T W T F S — Month 10 Day 08 Yr 95 Time 1315 Hrs.
- **Last Known Secure** S M T W T F S — Month 10 Day 07 Yr 95 Time 2130 Hrs.

**#2 Crime Incident:**
- ☐ Attempt ☐ Complete
- **Location of Incident** HWY 74 EAST PARKING LOT AT QUICK STOP
- **Offense Tract**

**#3 Crime Incident:**
- ☐ Attempt ☐ Complete
- **Premise Type** BUSINESS
- **Victim Residence Type** ☐ Single Family ☐ Multi Family

## MO

**How Attacked or Committed** BY BREAKING OUT BACK WINDOW AND TAKING ITEM

**Forcible** ☒ Yes ☐ No ☐ N/A

**Weapon/Tools**

**# of Victims** 1

**Type:** ☒ Person ☐ Business ☐ Society ☐ Government ☐ Financial Institute ☐ Religious ☐ L.E. Officer Line of Duty ☐ Other/Unk

**Injury:** ☒ None ☐ Broken Bones ☐ Internal ☐ Minor ☐ Severe Lacerations ☐ Unconscious ☐ Loss of Teeth ☐ Other Major

**Drug/Alcohol Use:** ☐ Yes ☒ Unknown ☐ No ☐ N/A

## VICTIM

**V1 Victim/Business Name (Last, First, Middle):** NUTTING, SUZETTA BULLARD
- **Victim of Crime #** 1
- **DOB / Age** 51, 44
- **Race** I
- **Sex** F
- **Relationship To Offender** UNK
- **Resident Status** ☐ Resident ☒ Non-Resident ☐ Unknown

**Home Address:** P.O. BOX 1403, SR1354, PEMBROKE, N.C. 28372

**Home Phone:** 910-521-0925

**Employer Name/Address:**

**Business Phone:**

| VYR | Make | Model | Style | Color | Lic/Lis | Via |
|---|---|---|---|---|---|---|
| 89 | CHEV | 1500 | TK | WINE | HFW914 N.C. | 1GCDC14K0KZ167905 |

## OTHERS INVOLVED

**CODES:** V – Victim (Denote V2, V3)  O – Owner (if other than victim)  R – Reporting Person (if other than victim)

**Type:** ☐ Person ☐ Business ☐ Society ☐ Government ☐ Financial Institute ☐ Religious ☐ L.E. Officer Line of Duty ☐ Other/Unknown

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB / Age | Race | Sex |
|---|---|---|---|---|---|
| | | | | | |

**Home Address:**

**Home Phone:**

**Employer Name/Address:**

**Business Phone:**

**Type:** ☐ Person ☐ Business ☐ Society ☐ Government ☐ Financial Institute ☐ Religious ☐ L.E. Officer Line of Duty ☐ Other/Unknown

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB / Age | Race | Sex |
|---|---|---|---|---|---|
| | | | | | |

**Home Address:**

**Home Phone:**

**Employer Name/Address:**

**Business Phone:**

## PROPERTY

**Status Codes:** L – Lost  S – Stolen  R – Recovered  D – Damaged  Z – Seized  B – Burned  C – Counterfeit / Forged  F – Found
(Check "OJ" column if recovered for other jurisdiction)

| Victim # | DCI | Status | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| 1 | | S | $100.00 | | 1 | RADAR DETECTOR | UNK | UNK |
| 1 | | D | 250.00 | | 1 | BACK WINDOW | | |

**Number of Vehicles Stolen**

**Number Vehicles Recovered**

DEFENDANT'S EXHIBIT 1 — PENGAD 800-631-6989

## ID

**Officer Name:** E.L. NORTON  **ID#** 1311

**Officer Signature:** E. L. Norton

**Supervisor Signature:** Sgt. Steven Taylor

## STATUS

**Complainant Signature:**

**Case Status:**
- ☐ Further Investigation
- ☒ Inactive
- ☐ Closed/Cleared
- ☐ Closed/Leads Exhausted

**Case Disposition:**
- ☐ Unfounded ☐ Juvenile/No Custody ☐ Extradition Declined
- ☐ Cleared by Arrest ☐ Refuse to Cooperate
- ☐ Cleared by Arrest by Another Agency
- ☐ Death of Offender ☐ Prosecution Declined

**Page 1 of 2**

DCI-600A  Rev 3/92

ORIGINAL

Exhibit 1-1

# INCIDENT/INVESTIGATION REPORT

| OCA |
|---|
| 9510-192 |

| Status Codes | L – Lost | S – Stolen | R – Recovered | D – Damaged | Z – Seized | B – Burned | C – Counterfeit / Forged | F – Found |
|---|---|---|---|---|---|---|---|---|

## DRUGS

| DCI | Status | Quantity | Type Measure | Suspected Type | Possess | Buy | Sale | Mfg. | Importing | Operating |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

*Check up to 3 types of activity for each*

## OFFENDER

| Offender Used | | Offender 1 | Offender 2 | Offender 3 | Primary Offender Resident Status |
|---|---|---|---|---|---|
| Alcohol/Drugs | ☐ Yes ☐ Unk ☐ No ☐ N/A | Age: Race: Sex: | Age: Race: Sex: | Age: Race: Sex: | ☐ Resident ☐ Non-Resident ☐ Unknown |
| Computer | ☐ Yes ☐ Unk ☐ No ☐ N/A | Offender 4 Age: Race: Sex: | Offender 5 Age: Race: Sex: | Offender 6 Age: Race: Sex: | |

## SUSPECT

| Name (Last, First, Middle) | Alias or Nickname | Home Address |
|---|---|---|

| Occupation | Business Address |
|---|---|

| DOB / Age | Race | Sex | Height | Weight | Build | Hair Color | Hair Style | Hair Length | Eye Color | Glasses |
|---|---|---|---|---|---|---|---|---|---|---|

Scars, Marks, Tatoos, or other distinguishing features (i.e. limp, foreign accent, voice characteristics)

| Hat | Jacket | Shirt/Blouse | Tie/Scarf | Coat/Suit | Pants/Dress/Skirt | Socks | Shoes |
|---|---|---|---|---|---|---|---|

| Was Suspect Armed? | Type of Weapon | Direction of Travel | Mode of Travel |
|---|---|---|---|

| VYR | Make | Model | Style | Color | Lic/Lis | Vin |
|---|---|---|---|---|---|---|

## WITNESS

| Name (last, first, middle) | DOB / Age | Race | Sex | OCA |
|---|---|---|---|---|

| Home Address | Home Phone | Employer | Phone |
|---|---|---|---|

Suspect Hate / Bias Motivated:  Yes ☐   No ☒

## NARRATIVE

MRS. NUTTING STATED THAT SHE WAS HAVING TROUBLE WITH HER VEHICLE, SO SHE LEFT THE VEHICLE IN THE PARKING LOT AT THE QUICK STOP. WHEN SHE RETURNED TODAY, SHE FOUND THE BACK WINDOW BROKEN, AND THE RADAR DETECTOR WAS MISSING.

Jerry Rankin broke out back window. He got a radar detector. Sold radar detector to man at Kampus Kourt. Johnny got a rock. (crack Cocaine)

Rev 3/92

DCI 400B

Exhibit 1-2

# STATE OF NORTH CAROLINA

In The General Court Of Justice

RICHMOND COUNTY

BREAKING AND/OR ENTERING A MOTOR VEHICLE - G. S. 14-56

OFFENSE CODE: 2216

DATE OF OFFENSE: October 8, 1995

TO ANY OFFICER WITH AUTHORITY AND JURISDICTION TO EXECUTE A WARRANT FOR ARREST FOR THE OFFENSE CHARGED BELOW:

I, the undersigned, find that there is probable cause to believe that on or about the date of offense shown, and in the county named above, the defendant named did unlawfully, willfully, and feloniously break and/or enter a motor vehicle, a 1989 "CHEVROLET" NC LICENSE REGISTRATION PLATE HFW-914 belonging to SUZETTA BULLARD NUTTING which contained things of value, with the intent to commit a larceny therein.

This act was in violation of the law referenced on this warrant.

You are directed to arrest and bring the defendant without unnecessary delay before a judicial official to answer to the charges above.

This warrant is issued upon information furnished under oath by the complainant or complainants listed.

| Court Date | Court Time | ☐ AM ☐ PM | Date Of Issue |
|---|---|---|---|
| OCTOBER 26, 1995 | 9:30 | | Oct 13, 1995 |

Signature: _____

☐ Deputy CSC  ☑ Assistant CSC
☐ Magistrate  ☐ District Court Judge
☐ Clerk of Superior Court
☐ Superior Court Judge

---

WARRANT FOR ARREST

## STATE OF NORTH CAROLINA
### vs.

DEFENDANT:

NAME: Jerry Ray Rankin
ADDRESS: 307 SCOTLAND AVE.

CITY, STATE: HAMLET, N. C.
ZIP: 28345   PHONE:
RACE: W SEX: M DOB/AGE: ____-70
SS# _____ DL# _____
EMPLOYER:

DATE OF OFFENSE: OCTOBER 8, 1995

CHECK-DIGIT NUMBER:

COMPLAINANT(S):
DET. SGT. J. E. THOMAS
HAMLET POLICE DEPARTMENT
HAMLET, N.C. 28345

WITNESSES:
SUZETTA BULLARD NUTTING
P.O. BOX 1403
STATE ROAD 1354
PEMBROKE, N.C. 28372
910-521-0925

Location Of Court
ROCKINGHAM, NC--DISTRICT CRIMINAL

PUBLIC DEFENDER'S COPY
OTHER AGENCY

AOC-CR-217AS
Rev. 3/95 (Structured Sentencing)

Exhibit 1-3

File No.

STATE OF NORTH CAROLINA

In The General Court Of Justice

RICHMOND COUNTY

WARRANT FOR ARREST

STATE OF NORTH CAROLINA
VS.

DEFENDANT:

NAME: JERRY WAYNE RANKIN
ADDRESS: 307 SCOTLAND AVE.

CITY, STATE: HAMLET, N.C.
ZIP: 28345   PHONE:
RACE: W SEX: M DOB/AGE:          -70
SS#                  DL#
EMPLOYER:

DATE OF OFFENSE: OCTOBER 8, 1995

CHECK-DIGIT NUMBER:

EMPLOYER ID/SS#
COMPLAINANT(S):
DET.SGT., J.E. THOMAS
HAMLET POLICE DEPARTMENT
HAMLET, N.C. 28345

WITNESSES:
SUZETTA BULLARD NUTTING
P. O. BOX 1404
STATE ROAD 1554
PEMBROKE, N.C. 28345
910-521-0925

OFFENSE: LARCENY - G. S. 14-70; 72(a)

OFFENSE CODE: 232?

DATE OF OFFENSE: OCTOBER 8  1995

TO ANY OFFICER WITH AUTHORITY AND JURISDICTION TO EXECUTE
A WARRANT FOR ARREST FOR THE OFFENSE CHARGED BELOW:

I, the undersigned, find that there is probable cause to
believe that on or about the date of offense shown, and in
the county named above, the defendant named did unlawfully
willfully            steal, take, and carry away
ONE (1) RADAR DETECTOR;

the personal property of SUZETTA BULLARD NUTTING
such property having a value of $ 100.00

This act was in violation of the law referenced on
this warrant.

You are directed to arrest and bring the defendant
without unnecessary delay before a judicial official
to answer to the charges above.

This warrant is issued upon information furnished
under oath by the complainant or complainants listed.

| Location Of Court | Court Date | Court Time | ☐ AM ☑ PM | Date Of Issue |
|---|---|---|---|---|
| ROCKINGHAM, NC--DISTRICT CRIMINAL | OCTOBER 25 1995 | 9:30 | | Oct 12 1995 |

Signature

☐ Deputy CSC  ☐ Assistant CSC  ☐ Clerk Of Superior Court
☐ Magistrate  ☐ District Court Judge  ☐ Superior Court Judge

PUBLIC DEFENDERS COPY
OTHER AGENCY

AOC-CR-217AS
Rev. 3/95 (Structured Sentencing)

Exhibit 1-4

| Agency Name | | | |
|---|---|---|---|
| **HAMLET POLICE DEPARTMENT** | **INCIDENT/INVESTIGATION REPORT** | | OCA **9510-197** |

ORI **NC 0770200**

Date / Time Reported  S M T W T F S  Month **10** Day **08** Yr. **95** Time **1557** Hrs.

**INCIDENT DATA**

**#1** Crime / Incident(s) **B&E&L OF A MOTOR VEHICLE**
☐ Attempt ☒ Complete
At Found S M T W T F S  Month **10** Day **08** Yr. **95** Time **1550** Hrs.
Last Known Secure S M T W T F S  Month **10** Day **07** Yr. **95** Time **1900** Hrs.

**#2** Crime Incident
☐ Attempt ☐ Complete
Location of Incident **117 SPRING ST., HAMLET**
Offense Tract

**#3** Crime Incident
☐ Attempt ☐ Complete
Premise Type
Victim Residence Type ☒ Single Family ☐ Multi Family

**MO**

How Attacked or Committed **BY OPENING DOOR & ENTERING VEHICLE & TAKING ITEMS**
Forcible ☐ Yes ☒ No ☐ N/A
Weapon / Tools **UNKNOWN**

# of Victims **1**  Type: ☒ Person ☐ Business ☐ Society ☐ Government ☐ Financial Institute ☐ Religious ☐ L.E. Officer Line of Duty ☐ Other/Unk
Injury: ☒ None ☐ Minor ☐ Lose of Teeth ☐ Broken Bones ☐ Severe Lacerations ☐ Internal ☐ Unconscious ☐ Other Major
Drug/Alcohol Use: ☐ Yes ☒ Unknown ☐ No ☐ N/A

**VICTIM**

**V1** Victim/Business Name (Last, First, Middle) **RECTOR, ROBERT**
Victim of Crime # **1**  DOB / Age ▉**64**  Race **W**  Sex **M**
Relationship To Offender **UNK**
Resident Status ☒ Resident ☐ Non-Resident ☐ Unknown

Home Address **117 SPRING ST., HAMLET, N.C.**  Home Phone **582-0926**

Employer Name/Address **BURLINGTON INDUSTRIES   CORDOVA, N.C.**  Business Phone **997-5001**

VYR **84**  Make **JEEP**  Model  Style **SW**  Color **BURG**  Lic/Lis **JNR6462**  Vin **1JCWB7828ET060356**

**OTHERS INVOLVED**

CODES: V = Victim (Denote V2, V3)  O = Owner (if other than victim)  R = Reporting Person (if other than victim)
Type: ☐ Person ☐ Business ☐ Society ☐ Government ☐ Financial Institute ☐ Religious ☐ L.E. Officer Line of Duty ☐ Other/Unknown

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB / Age | Race | Sex |
|---|---|---|---|---|---|
| | | | | | |

Home Address  Home Phone

Employer Name/Address  Business Phone

Type: ☐ Person ☐ Business ☐ Society ☐ Government ☐ Financial Institute ☐ Religious ☐ L.E. Officer Line of Duty ☐ Other/Unknown

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB / Age | Race | Sex |
|---|---|---|---|---|---|
| | | | | | |

Home Address  Home Phone

Employer Name/Address  Business Phone

**PROPERTY**

Status Codes  L = Lost  S = Stolen  R = Recovered  D = Damaged  Z = Seized  B = Burned  C = Counterfeit / Forged  F = Found
(Check "OJ" column if recovered for other jurisdiction)

| Victim # | DCI | Status | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| 1 | | S | $250.00 | | 1 | PANASONIC CASSETTE PLAYER | UNK | UNK |
| 1 | | S | 40.00 | | 1 | HYDRAULIC JACK | UNK | UNK |
| | | | | | | | | |

**DEFENDANT'S EXHIBIT 167**
PENGAD 800-631-6989

Number of Vehicles Stolen  Number Vehicles Recovered

**ID**

Officer Name **SGT. STEVEN TAYLOR**  ID# **309**  Officer Signature *Sgt. Steven Taylor*  Supervisor Signature *Asst. Chief Brixton*

**STATUS**

Complainant Signature

Case Status ☒ Further Investigation ☐ Inactive ☐ Closed/Cleared ☐ Closed/Leads Exhausted

Case Disposition: ☐ Unfounded ☐ Juvenile/No Custody ☐ Extradition Declined ☐ Cleared by Arrest ☐ Refuse to Cooperate ☐ Cleared by Arrest by Another Agency ☐ Death of Offender ☐ Prosecution Declined

Page **1** of **2**

DCI-600A

ORIGINAL

Rev 3/92

Exhibit 1-5

Case 1:21-cv-00577-LCB-JLW   Document 1-1   Filed 07/13/21   Page 6 of 23

OCA
9510-197

| Status Codes | L—Lost | S—Stolen | R—Recovered | D—Damaged | Z—Seized | B—Burned | C—Counterfeit / Forged | F—Found |
|---|---|---|---|---|---|---|---|---|

**DRUGS**

| DCI | Status | Quantity | Type Measure | Suspected Type | Possess | Buy | Sale | Mfg. | Importing | Operating |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

Check up to 3 types of activity for each

**OFFENDER**

Offender Used

Alcohol/Drugs ☐ Yes ☐ Unk ☐ No ☐ N/A

Computer ☐ Yes ☐ Unk ☐ No ☐ N/A

| Offender 1 | Offender 2 | Offender 3 |
|---|---|---|
| Age: Race: Sex: | Age: Race: Sex: | Age: Race: Sex: |
| Offender 4 | Offender 5 | Offender 6 |
| Age: Race: Sex: | Age: Race: Sex: | Age: Race: Sex: |

Primary Offender Resident Status ☐ Resident ☐ Non-Resident ☐ Unknown

**SUSPECT**

Name (Last, First, Middle) | Alias or Nickname | Home Address

Occupation | Business Address

| DOB / Age | Race | Sex | Height | Weight | Build | Hair Color | Hair Style | Hair Length | Eye Color | Glasses |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

Scars, Marks, Tatoos, or other distinguishing features (i.e. limp, foreign accent, voice characteristics)

| Hat | Jacket | Shirt/Blouse | Tie/Scarf | Coat/Suit | Pants/Dress/Skirt | Socks | Shoes |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| Was Suspect Armed? | Type of Weapon | Direction of Travel | Mode of Travel |
|---|---|---|---|
| | | | |

| VYR | Make | Model | Style | Color | Lic/Lis | Vin |
|---|---|---|---|---|---|---|
| | | | | | | |

**WITNESS**

Name (last, first, middle) | DOB / Age | Race | Sex | OCA

Home Address | Home Phone | Employer | Phone

Suspect Hate / Bias Motivated: Yes ☐ No ☒

**NARRATIVE**

Narrative

MR. RECTOR STATED SOME UNKNOWN PERSON(S) ENTERED HIS VEHICLE & TOOK THE ITEMS OUT. THE JACK WAS GRAY WITH A GRAY CASE. NO SERIAL NUMBERS ARE KNOWN AT THIS TIME. IF HE FINDS THEM, HE WILL CALL US.

Terry Rankin went in the jeep and got the CD player and a jack. CD player had a couple of CD's in it. Sold these r Kampus Kourt for rock (crack cocaine) Johney got 5 rocks.

DCI-600B

Rev 3/92

Case 1:21-cv-00577-LCB-JLW   Document 1-1   Filed 07/13/21   Page 7 of 23

# STATE OF NORTH CAROLINA

RICHMOND COUNTY

OFFENSE: LARCENY - G. S. 14-70; 72(a)

OFFENSE CODE: 23??

DATE OF OFFENSE: OCTOBER 8, 1995

WARRANT FOR ARREST

## STATE OF NORTH CAROLINA
### VS.

DEFENDANT:

NAME: JERRY WAYNE RANKIN
ADDRESS: 307 SCOTLAND AVE.

CITY, STATE: HAMLET, N.C.
ZIP: 28345    PHONE:
RACE: W  SEX: M  DOB/AGE:          -70
SS#                    DL#
EMPLOYER:

DATE OF OFFENSE: OCTOBER 8, 1995

CHECK DIGIT NUMBER:

EMPLOYER ID/SS#
COMPLAINANT(S):
DET. SGT. J.E. THOMAS
HAMLET POLICE DEPARTMENT
HAMLET, N.C. 28345

WITNESSES:
ROBERT RECTOR
117 SPRING ST.
HAMLET, N.C. 28345
582-0926

TO ANY OFFICER WITH AUTHORITY AND JURISDICTION TO EXECUTE A WARRANT FOR ARREST FOR THE OFFENSE CHARGED BELOW.

I, the undersigned, find that there is probable cause to believe that on or about the date of offense shown and in the county named above, the defendant named did unlawfully, willfully,                    steal, take and carry away ONE (1) "PANASONIC" CASSETTE TAPE PLAYER, AND ONE (1) HYDRAULIC JACK;

the personal property of ROBERT RECTOR
such property having a value of $290.00

This act was in violation of the law referenced on this warrant.

You are directed to arrest and bring the defendant without unnecessary delay before a judicial official to answer to the charges above.

This warrant is issued upon information furnished under oath by the complainant or complainants listed

| Court Date | Court Time | AM PM | Date Of Issue |
|---|---|---|---|
| OCTOBER 26, 1995 | 9:30 | PM | Oct. 13, 1995 |

Signature:

☐ Deputy CSC    ☐ Assistant CSC    ☐ Clerk Of Superior Court
☒ Magistrate    ☐ District Court Judge    ☐ Superior Court Judge

Location Of Court
ROCKINGHAM, NC--DISTRICT CRIMINAL

PUBLIC DEFENDER'S COPY
OTHER AGENCY

AOC-CR-217A5
Rev. 3/95 (Structured Sentencing)

Exhibit 1-7

File No. ___

# STATE OF NORTH CAROLINA

In The General Court Of Justice

RICHMOND COUNTY

BREAKING AND/OR ENTERING A MOTOR VEHICLE - G. S. 14-56

DATE OF OFFENSE: OCTOBER 8, 1995    OFFENSE CODE: 2216

## WARRANT FOR ARREST

### STATE OF NORTH CAROLINA
VS.

DEFENDANT:

NAME: Jerry Ray Rankin
ADDRESS: 307 SCOTLAND AVE.

CITY, STATE: HAMLET, N. C.
ZIP: 28345    PHONE: ___
RACE: W SEX: M DOB/AGE: ___ -70
SS#: ___    DL#: ___
EMPLOYER: ___

DATE OF OFFENSE: OCTOBER 8,1995

CHECK-DIGIT NUMBER: ___

COMPLAINANT(S):
DET. SGT. J. E. THOMAS
HAMLET POLICE DEPARTMENT
HAMLET, N.C. 28345

WITNESSES:
ROBERT RECTOR
117 SPRING STREET
HAMLET, N.C. 28345
582-0926

TO ANY OFFICER WITH AUTHORITY AND JURISDICTION TO EXECUTE
A WARRANT FOR ARREST FOR THE OFFENSE CHARGED BELOW:

I, the undersigned, find that there is probable cause to
believe that on or about the date of offense shown, and in
the county named above, the defendant named did unlawfully
willfully, and feloniously break and/or enter a motor
vehicle, a 1984 "JEEP" NC LICENSE REGISTRATION
PLATE JNR-6462
belonging to ROBERT RECTOR
which contained things of value, with the intent to commit a
larceny therein.

This act was in violation of the law referenced on this
warrant.

You are directed to arrest and bring the defendant
without unnecessary delay before a judicial official
to answer to the charges above.

This warrant is issued upon information furnished
under oath by the complainant or complainants listed.

| Location Of Court | Court Date | Court Time | | Date Of Issue |
|---|---|---|---|---|
| ROCKINGHAM, NC--DISTRICT CRIMINAL | OCTOBER 26, 1995 | 9:30 | ☐ AM ☑ PM | Oct. 13, 1995 |

Signature,

☐ Deputy CSC  ☐ Assistant CSC  ☐ Clerk of Superior Court
☐ Magistrate  ☐ District Court Judge  ☐ Superior Court Judge

PUBLIC DEFENDER'S COPY
OTHER AGENCY

AOC-CR-217AS
Rev. 3/95 (Structured Sentencing)

Exhibit 1-8

# HAMLET POLICE DEPARTMENT — INCIDENT/INVESTIGATION REPORT

**ORI** NC 0770200

Date / Time Reported: Month 10 | Day 09 | Yr. 195 | Time 0638 Hrs.  S M T W T F S

**INCIDENT DATA**

| #1 | Crime / Incident(s) | B E & L OF MOTOR VEHICLE | ☐ Attempt ☒ Complete | At Found Month 10 | Day 09 | Yr 95 | Time 0635 Hrs. | Last Known Secure Month 10 | Day 08 | Yr 95 | Time 1730 Hrs. |
| #2 | Crime Incident | | ☐ Attempt ☐ Complete | Location of Incident: 1710 MCDONALD AVE. | | | | | | | |
| #3 | Crime Incident | | ☐ Attempt ☐ Complete | Premise Type: RESIDENCE | | | | | | | |

**DEFENDANT'S EXHIBIT 18**

PENCAD 800-631-6989

**MO** — How Attacked or Committed: BY BREAKING LOCK OFF BACK WINDOW

Forcible ☐ Yes ☐ No  ☐ N/A

Injury: ☒ None ☐ Minor ☐ Loss of Teeth ☐ Broken Bones ☐ Severe Lacerations ☐ Internal ☐ Unconscious ☐ Other Major

Drug/Alcohol Use: ☐ Yes ☐ Unknown ☐ No ☐ N/A

## VICTIM

# of Victims: 1

Type: ☒ Person ☐ Business ☐ Society ☐ Government ☐ Financial Institute ☐ Religious ☐ L.E. Officer Line of Duty ☐ Other/Unk

**V1** Victim/Business Name (Last, First, Middle): LUDLUM, JERRY WAYNE

| Victim of Crime # | DOB / Age | Race | Sex | Relationship To Offender | Resident Status |
| 1 | 51,44 | W | M | ☒ Resident ☐ Non-Resident ☐ Unknown |

Home Address: 1710 MCDONALD AVE, HAMLET, NC 28345

Home Phone: 910-582-5975

Employer Name/Address: 

Business Phone:

| YYR | Make | Model | Style | Color | Lic/Lis | Vin |
| 93 | GMC | SIERRA | TK | WINE | DJJ209,NC | 1GTDC1420PE561030 |

## OTHERS INVOLVED

CODES: V - Victim (Denote V2, V3)  O - Owner (if other than victim)  R - Reporting Person (if other than victim)

Type: ☐ Person ☐ Business ☐ Society ☐ Government ☐ Financial Institute ☐ Religious ☐ L.E. Officer Line of Duty ☐ Other/Unknown

Code: Name (Last, First, Middle)  | Victim of Crime # | DOB / Age | Race | Sex |

Home Address: 

Home Phone:

Employer Name/Address:

Business Phone:

Type: ☐ Person ☐ Business ☐ Society ☐ Government ☐ Financial Institute ☐ Religious ☐ L.E. Officer Line of Duty ☐ Other/Unknown

Code: Name (Last, First, Middle)  | Victim of Crime # | DOB / Age | Race | Sex |

Home Address: 

Home Phone:

Employer Name/Address:

Business Phone:

## PROPERTY

Status Codes: L - Lost  S - Stolen  R - Recovered  D - Damaged  Z - Seized  B - Burned  C - Counterfeit / Forged  F - Found

(Check "OJ" column if recovered for other jurisdiction)

| Victim # | DCI | Status | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| 1 | | S | $100.00 | | 1 | 22 RIFLE | MARLIN/60 | N/A |
| 1 | | D | $250.00 | | 1 | BACK WINDOW | GMC | 18510439 |

Number of Vehicles Stolen: 

Number Vehicles Recovered:

## ID

| Officer Name | IDs | Officer Signature | Supervisor Signature |
| E. L. NORTON | 311 | E. S. Norton | Sgt. Steve Taylor |

## STATUS

Complainant Signature:

Case Status: ☐ Further Investigation ☒ Inactive ☐ Closed/Cleared ☐ Closed/Leads Exhausted

Case Disposition: ☐ Unfounded ☐ Cleared by Arrest ☐ Cleared by Arrest by Another Agency ☐ Death of Offender ☐ Juvenile/No Custody ☐ Refuse to Cooperate ☐ Prosecution Declined ☐ Extradition Declined

Page 1 of 2

DCI-500A  Rev 3/92

OCA
9510-207

JG

**Status Codes**    L - Lost    S - Stolen    R - Recovered    D - Damaged    Z - Seized    B - Burned    C - Counterfeit / Forged    F - Found

## DRUGS

| DCI | Status | Quantity | Type Measure | Suspected Type | Possess | Buy | Sale | Mfg. | Importing | Operating |
|-----|--------|----------|--------------|----------------|---------|-----|------|------|-----------|-----------|
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

Check up to 3 types of activity for each

## OFFENDER

Offender Used
Alcohol/Drugs ☐ Yes ☐ Unk ☐ No ☐ N/A
Computer ☐ Yes ☐ Unk ☐ No ☐ N/A

Offender 1   Age:   Race:   Sex:
Offender 2   Age:   Race:   Sex:
Offender 3   Age:   Race:   Sex:
Offender 4   Age:   Race:   Sex:
Offender 5   Age:   Race:   Sex:
Offender 6   Age:   Race:   Sex:

Primary Offender Resident Status
☐ Resident
☐ Non-Resident
☐ Unknown

## SUSPECT

Name (Last, First, Middle) | Alias or Nickname | Home Address

Occupation | Business Address

| DOB / Age | Race | Sex | Height | Weight | Build | Hair Color | Hair Style | Hair Length | Eye Color | Glasses |
|-----------|------|-----|--------|--------|-------|------------|------------|-------------|-----------|---------|
| | | | | | | | | | | |

Scars, Marks, Tatoos, or other distinguishing features (i.e. limp, foreign accent, voice characteristics)

| Hat | Jacket | Shirt/Blouse | Tie/Scarf | Coat/Suit | Pants/Dress/Skirt | Socks | Shoes |
|-----|--------|--------------|-----------|-----------|-------------------|-------|-------|
| | | | | | | | |

Was Suspect Armed? | Type of Weapon | Direction of Travel | Mode of Travel

| VYR | Make | Model | Style | Color | Lic/Lis | Vin |
|-----|------|-------|-------|-------|---------|-----|
| | | | | | | |

## WITNESS

Name (last, first, middle) | DOB / Age | Race | Sex | OCA

Home Address | Home Phone | Employer | Phone

## NARRATIVE

Suspect Hate / Bias Motivated: Yes ☐ No ☐

MR. LUDLUM STATED THAT DURING THE REPORTED TIME, SOMEONE BROKE THE BACK WINDOW AND TOOK THE RIFLE FROM THE TRUCK. MR. LUDLUM STATED THAT HE WOULD TRY TO GET THE SERIAL NUMBER AND BRING IT TO THE POLICE DEPT.

*Terry went in truck and got .22 rifle and sold it at Kampus Kort for 2 rocks. (crack cocaine) Johnny got a rock.*

DCI-500B

Rev. 3/92

# STATE OF NORTH CAROLINA

RICHMOND COUNTY

BREAKING AND/OR ENTERING A MOTOR VEHICLE - G. S. 14-56    OFFENSE CODE: 7410

DATE OF OFFENSE: October 9, 1995

TO ANY OFFICER WITH AUTHORITY AND JURISDICTION TO EXECUTE
A WARRANT FOR ARREST FOR THE OFFENSE CHARGED BELOW:

I, the undersigned, find that there is probable cause to
believe that on or about the date of offense shown, and in
the county named above, the defendant named did unlawfully
willfully, and feloniously, break and/or enter a motor
vehicle, a 1993 "GMC SIERRA" NC LICENSE REGISTRATION
PLATE DJJ-209
belonging to JERRY WAYNE LUDLUM
which contained things of value, with the intent to commit a
larceny therein.

This act was in violation of the law referenced on this
warrant.

You are directed to arrest and bring the defendant
without unnecessary delay before a judicial official
to answer to the charges above.

This warrant is issued upon information furnished
under oath by the complainant or complainants listed.

---

## WARRANT FOR ARREST

### STATE OF NORTH CAROLINA
### VS.

DEFENDANT:

NAME: Jerry Ray Rankin
ADDRESS: 307 SCOTLAND AVE.

CITY, STATE: HAMLET, N. C.
ZIP: 28345    PHONE:
RACE: W  SEX: M  DOB/AGE:      -70
SS#:                    DL#
EMPLOYER:

DATE OF OFFENSE: OCTOBER 9, 1995

CHECK-DIGIT NUMBER:

COMPLAINANT(S):
DET. SGT. J. E. THOMAS
HAMLET POLICE DEPARTMENT
HAMLET, N.C. 28345

WITNESSES:
JERRY WAYNE LUDLUM
1710 MCDONALD AVE.
HAMLET, N.C. 28345
592-5875

| Court Date | Court Time | ☐ AM  ☐ PM | Date Of Issue |
|---|---|---|---|
| OCTOBER 26, 1995 | 9:30 | | Oct 13 1995 |

| Location Of Court | Signature |
|---|---|
| ROCKINGHAM  NC--DISTRICT CRIMINAL | ☐ Deputy CSC  ☐ Assistant CSC  ☐ Clerk Of Superior Court |
| | ☐ Magistrate  ☐ District Court Judge  ☐ Superior Court Judge |

PUBLIC DEFENDERS COPY
OTHER AGENCY

AOC-CR-217AS
Rev. 3/95 (Structured Sentencing)

Exhibit 1-11

# STATE OF NORTH CAROLINA

In The General Court Of Justice

WARRANT FOR ARREST

## STATE OF NORTH CAROLINA
### VS.

RICHMOND COUNTY

G.S. 14-72(b)(4)

DEFENDANT:

OFFENSE: LARCENY OF A FIREARM

OFFENSE CODE: 2325

NAME: JERRY RAY RANKIN
ADDRESS: 307 SCOTLAND AVE.

DATE OF OFFENSE: OCTOBER 9, 1995

CITY, STATE: HAMLET,N.C.
ZIP: 28345    PHONE:
RACE: W SEX: M DOB/AGE: -70
SS#           DL#
EMPLOYER:

CHECK-DIGIT #

TO ANY OFFICER WITH AUTHORITY AND JURISDICTION TO EXECUTE
A WARRANT FOR ARREST FOR THE OFFENSE CHARGED BELOW:

I, the undersigned, find that there is probable cause to
believe that on or about the date of the offense shown, and in
the county named above, the defendant named did unlawfully,
willfully, and feloniously steal, take and carry away a .22
caliber "Marlin" rifle model 60, serial number 18510437,
a firearm, the personal property of Jerry Wayne Ludlum.

EMPLOYER ID:
COMPLAINANT(S):
DET.SGT J. E. THOMAS
HAMLET POLICE DEPT.
HAMLET,N.C. 28345

This act was in violation of the law referenced on
this warrant.
    You are directed to arrest and bring the defendant
without unnecessary delay before a judicial official
to answer to the charges above.
    This warrant is issued upon information furnished
under oath by the complainant or complainants listed

WITNESSES:
JERRY WAYNE LUDLUM
1710 MCDONALD AVE.
HAMLET, N.C. 28345
582-5975

| Location Of Court | Court Date | Court Time | | Date Of Issue |
|---|---|---|---|---|
| ROCKINGHAM NC-DISTRICT CRIMINAL | OCTOBER 26,1995 | 9:30 | ☐ AM ☑ PM | Oct 13 1995 |

Signature

☐ Deputy CSC   ☐ Assistant CSC   ☑ Clerk Of Superior Court
☐ Magistrate   ☐ District Court Judge   ☐ Superior Court Judge

PUBLIC DEFENDER'S COPY
OTHER AGENCY

AOC-CR-217AS
Rev. 3/95 (Structured Sentencing)

Exhibit 1-12

Mill Rd.

☑ Fence Around
RedTruck stolen And wrecked Sunday Night.
on Dawkins Hill.
— Jerry Rankin          { Saw on
— Johnny Lowery         { Drill on Truck.

Stole Radio on Washington St.

Gun from Red Pick up Truck.

Mc Donald Ave. Near Sharp

Curve.

Pool Stick in Black Leather case
Wht + Brn. Knife in Blk. case,
Ivory Handle. / (maybe Bone.)

Radios taken to Ronnie St.
~~behind~~ Sister Odessa's
behind
Traded for Crack Rook.
$10:00 to Johnny.

PENGAD 800-631-6989

DEFENDANT'S
EXHIBIT

19

Exhibit 1-13

Robert Rector — Trap Cherokee

Bicycle — 220 Hylan     10-10-95

Stole gasco from Code 23 in stolen truck

Radar Detector — Jerry Rankin

Darrell Lamont Bostick
233 Earl Franklin
Dobbins Heights, N.C.
582-5595

Bostick saw Jerry Rankin with Radar Detector
Rankin tried to sell it to him. Rankin told him it
was stolen.

Exhibit 1-14

RP-7904

(1) RCA Portable CD Player

(28) Compact Discs (Rock-n-Roll)
(1) CD Case
(2) Tool Box with Assorted tools
(1) Sleeping Bag
(1) Richmond Raider Jacket
(2) VCR Tape with Raider Game taped on it
(1) Navy Blue Braves Jacket
(5) Country Tapes (Alabama & Alan Jackson

Exhibit 1-15

Name _Johnny Wayne Lowery_ Age _17_ Sex _M_ Race _I_

Address _216 Gibson Smith, Hamlet, NC,_ Date of Birth █████ _-75_

Parent's Name _Annie Locklear - Legal Guardian_

Years of Schooling Completed _9_

Date _10-13-95_ Time _10:42 Am_ Location _NPD_

1. You have the right to remain silent.

2. Anything you say can be used against you.

3. You have the right to have a parent, guardian, or custodian present during questioning.

4. You have a right to talk with a lawyer for advise before questioning and to have that lawyer with you during questioning. If you do not have a lawyer and want one, a lawyer will be appointed for you.

5. If you consent to answer questions now, without a lawyer, parent or guardian present, you still will have the right to stop answering at any time.

6. Do you understand each of these rights I have explained to you? _Yes_

7. Having these rights in mind, do you now wish to answer questions? _Yes_

8. Do you now wish to answer questions without a lawyer present? _Yes_

9. (For Juveniles AGE 14 to 18) Do you now wish to answer questions _Yes_ without your parents, guardian, or custodians present?

_Johnny Can't Read._
_Sgt. J. E. Thomas_

OPTIONAL:

I have read this statement of my rights and I understand what my rights are. I am willing to make a statement and answer questions. I do not want a lawyer. I understand and know what I am doing. No promises or threats have been made to me and no pressure or coercion of any kind has been used against me.

_____

WITNESSES:

_Sgt. W. B. Thorpe RCSD_

_____

Exhibit 1-16

Name _Johnny Wayne ~~Locklear~~ Lowery_ Age _17_ Sex _M_ Race _I_

Address _Gibson Smith Rd Hamlet, NC._ Date of Birth ███-_75_

Parent's Name _Annie Locklear - Legal Guardian_

Years of Schooling Completed _9_

Date _10-12-95_ Time _14:05_ Location _HPD._

1. You have the right to remain silent.

2. Anything you say can be used against you.

3. You have the right to have a parent, guardian, or custodian pre-sent during questioning.

4. You have a right to talk with a lawyer for advise before question-ing and to have that lawyer with you during questioning. If you do not have a lawyer and want one, a lawyer will be appointed for you.

5. If you consent to answer questions now, without a lawyer, parent or guardian present, you still will have the right to stop answer-ing at any time.

6. Do you understand each of these rights I have explained to you? _yes_

7. Having these rights in mind, do you now wish to answer questions? _yes_

8. Do you now wish to answer questions without a lawyer present? _yes_

9. (For Juveniles AGE 14 to 18) Do you now wish to answer questions without your parents, guardian, or custodians present? _yes_

OPTIONAL:            _Johnny cannot read._
                     _Sgt. J. E. Thomas_

I have read this statement of my rights and I understand what my

rights are. I am willing to make a statement and answer questions.

I do not want a lawyer. I understand and know what I am doing. No

promises or threats have been made to me and no pressure or coercion

of any kind has been used against me.

_____

WITNESSES:

_Sgt. B. A. Steele_

_____

Exhibit 1-17

JUVENILE RIGHTS WARNING

Name _Johnny Wayne ~~Locklear~~ Lowery_  Age _17_  Sex _M_  Race _I_

Address _Gibson Smith Rd, Hamlet, NC._ Date of Birth ████ -75

Parent's Name _ANNIE Lock lEAr - LEgAl (GuArdIAN)_

Years of Schooling Completed _9_

Date _10-12-85_      Time _14:05_  Location _HPD._

1.  You have the right to remain silent.

2.  Anything you say can be used against you.

3.  You have the right to have a parent, guardian, or custodian pre-
    sent during questioning.

4.  You have a right to talk with a lawyer for advise before question-
    ing and to have that lawyer with you during questioning.  If you
    do not have a lawyer and want one, a lawyer will be appointed for
    you.

5.  If you consent to answer questions now, without a lawyer, parent
    or guardian present, you still will have the right to stop answer-
    ing at any time.

6.  Do you understand each of these rights I have explained to you? _yes_

7.  Having these rights in mind, do you now wish to answer questions? _yes_

8.  Do you now wish to answer questions without a lawyer present? _yes_

9.  (For Juveniles AGE 14 to 18) Do you now wish to answer questions
    without your parents, guardian, or custodians present? _yes_

OPTIONAL:                    _Johnny Cannot read_
                             _Sgt. J. E. Thomas_

I have read this statement of my rights and I understand what my

rights are.  I am willing to make a statement and answer questions.

I do not want a lawyer.  I understand and know what I am doing.  No

promises or threats have been made to me and no pressure or coercion

of any kind has been used against me.

_____


WITNESSES:

_Sgt. B. A. Steele_

_____

Exhibit 1-18

Johnna Lawson

CCW — 95CR 007029

601 EAst HAMlet AvE

Mrs. Ruckett

582-2370

1410

Exhibit 1-19

9510-291
~~0100~~ /300   10-12-85
Bor E & L mv
JH 314

9510-291
1300   10-12-85
Bor E & L mv
JH 314



Exhibit 1-21

Name_____ Age_____ Sex_____ Race_____

Address_____ Date of Birth_____

Parent's Name_____

Years of Schooling Completed_____

Date_____ Time_____ Location_____

1. You have the right to remain silent.

2. Anything you say can be used against you.

3. You have the right to have a parent, guardian, or custodian present during questioning.

4. You have a right to talk with a lawyer for advise before questioning and to have that lawyer with you during questioning. If you do not have a lawyer and want one, a lawyer will be appointed for you.

5. If you consent to answer questions now, without a lawyer, parent or guardian present, you still will have the right to stop answering at any time.

6. Do you understand each of these rights I have explained to you?

7. Having these rights in mind, do you now wish to answer questions?

8. Do you now wish to answer questions without a lawyer present?

9. (For Juveniles AGE 14 to 18) Do you now wish to answer questions without your parents, guardian, or custodians present?

OPTIONAL:

I have read this statement of my rights and I understand what my rights are. I am willing to make a statement and answer questions. I do not want a lawyer. I understand and know what I am doing. No promises or threats have been made to me and no pressure or coercion of any kind has been used against me.

_____

WITNESSES:

_____

_____

Exhibit 1-22