# EXHIBIT 12

**Substance Oral Statements: Defense Copy**

# Derrick McRae

# Substance Oral Statements

## Defense Copy

That he would sell some crack. That he would get Jerry. That they argued. That he threatened him. Man, I will shoot you. I will shoot you white boy. Let's go. We know you saw what we did last night and if you say anything we will kill you too, just like we did him. That he had sold the gun to Corey Robinson. That he had something to tell me, but he couldn't tell anyone about it. I am the one who blasted that nigger on Fishman's Porch. I am the one who killed Jerry Rankin while he was sitting on Fishman's Porch. That he was talking about blasting people or shooting people who mess with him. If anyone bigger than him or if anybody tried to shit him he would blast them. Yea, I blasted that punk white motherfucker Jerry Rankin. I swear I did. Jerry tried to shit him for some dope (crack). Jerry grabbed some crack from him and ran. That he caught up with him later. That he saw Jerry on a porch at a house on Hood Street. That he was leaving his girlfriend's house on Palisade Circle walking by the pool on Hood Street. That when he walked by the house where Jerry was at, he said he run up to Jerry and pulled out a .380 handgun and he shot Jerry in the head while he was on the porch. That Jerry just dropped and blood ran everywhere. That a few days later, he asked whether he wanted to buy the .380 handgun. That he had stashed it. That he had cocaine. Whether he had any money. Pick up the damn gun. That they were talking. Naw, that motherfucker cheated me. Nobody cheats me. Yea, let's go kill him. That he wasn't going to let it go. That he was going to blast him. That he gave the gun to Thurman to throw into the river. Yea, bitch, I know you know what happened and if you tell it, I'll kill your ass. Yea, I'll kill yall's ass just like I did that white boy Jerry. Night doesn't have eyes. That he wanted to talk to me. That he walked up on a white boy Jerry Rankin while he was on a porch sleeping. That when he walked up on the porch he put he put a .380 handgun to Jerry Rankin's head and shot him. That he then took the .380

Derrick McRae Oral Statements
Defense Copy
11/17/1996
Page 1

handgun and hid it in some bushes near the house where he shot Jerry Rankin. That about 2 days later he and 2 boys went back and got the .380 handgun and took it and hid it in Chapell town near his house. The reason he shot Jerry Rankin was because he was a white boy. That all white people need to die. That he was going to kill some of the police. That he was going to start with Phil Sweatt, Det. Brigman, Capt. McQuage and he was going to work his way down. What am I under arrest for? Murder of who. Y'all can't do this to me. Y'all ain't got nothing on me. That he would get that dude (Jerry) for giving him this fake shit. That he got that guy back who gave him the fake money. That he shot the guy and then ran.

Derrick McRae Oral Statements
Defense Copy
11/17/1996
Page 2