# **EXHIBIT 17**

**Edward Tender Criminal Record Summary**

# Edward Tender's Selected Conviction Data (ET arrested 1/1996; DM 2/29/96; ET's stmt 3/26/96; DM convicted 5/14/98)

| Case Number | Filed | Verdict | Disposition | Prosctr | Date of Offense | Offense Charged | Committed | Charge Class | Plea |
|---|---|---|---|---|---|---|---|---|---|
| 1995CR008505 | 12/13/1995 | | Dismissed by the Ct | BL | 12/13/1995 | injury to real property | | Misdemeanor | |
| 1996CR000276 | 1/12/1996 | Guilty | GP (3/28/96) | LB | 9/22/1995 | simple worthless check | | Misdemeanor | Guilty |
| 1996CR000352 | 1/19/1996 | Guilty | GP (3/28/96) | SB | 1/6/1996 | B&E (F) | Poss SGs (M) | Felony | Guilty to Lesser |
| 1996CR000352 | 1/19/1996 | | Dismissal w/o leave by DA (3/28/96) | SB | 1/6/1996 | Larceny after B&E (F) | | Felony | |
| 1996CR000352 | 1/19/1996 | | Process Other (5/28/98) | SB | 1/6/1996 | Misdemeanor probation violation | | Misdemeanor | |
| 1996CR000424 | 1/20/1996 | | Process Other (5/28/98) | SB | 1/18/1996 | Misdemeanor probation violation | | Misdemeanor | |
| 1996CR000424 | 1/20/1996 | Guilty | GP (3/28/96) | SB | 1/18/1996 | Obtain Prop by False Pretenses | Common Law Forgery (M) | Felony | Guilty to Lesser |
| 1996CR000425 | 1/20/1996 | Guilty | GP (3/28/96) | LB | 1/10/1996 | Obtain Prop by False Pretenses | Common Law Forgery (M) | Felony | Guilty to Lesser |
| 1996CR000426 | 1/20/1996 | Guilty | GP (3/28/96) | LB | 1/10/1996 | Obtain Prop by False Pretenses | Common Law Forgery (M) | Felony | Guilty to Lesser |
| 1996CR000427 | 1/20/1996 | Guilty | GP (3/28/96) | LB | 1/19/1996 | Obtain Prop by False Pretenses | Common Law Forgery (M) | Felony | Guilty to Lesser |
| 1996CR000428 | 1/20/1996 | Guilty | GP (3/28/96) | BL | 1/5/1996 | Obtain Prop by False Pretenses | Common Law Forgery (M) | Felony | Guilty to Lesser |
| 1996CR000429 | 1/20/1996 | Guilty | GP (3/28/96) | LB | 1/5/1996 | Obtain Prop by False Pretenses | Common Law Forgery (M) | Felony | Guilty to Lesser |
| 1996CR000430 | 1/20/1996 | Guilty | GP (3/28/96) | LB | 1/19/1996 | Obtain Prop by False Pretenses | Common Law Forgery (M) | Felony | Guilty to Lesser |
| 1996CR000431 | 1/20/1996 | Guilty | GP (3/28/96) | LB | 1/10/1996 | Obtain Prop by False Pretenses | Common Law Forgery (M) | Felony | Guilty to Lesser |
| 1996CR000432 | 1/20/1996 | Guilty | GP (3/28/96) | LB | 1/16/1996 | Obtain Prop by False Pretenses | Common Law Forgery (M) | Felony | Guilty to Lesser |
| 1996CR000433 | 1/20/1996 | Guilty | GP (3/28/96) | LB | 1/17/1996 | Obtain Prop by False Pretenses | Common Law Forgery (M) | Felony | Guilty to Lesser |
| 1996CR000434 | 1/20/1996 | Guilty | GP (3/28/96) | LB | 1/17/1996 | Obtain Prop by False Pretenses | Common Law Forgery (M) | Felony | Guilty to Lesser |

Exhibit 17-1

| Case Number | Date | Plea | Disposition | Charge Date | Charge | Reduced Charge | Class | Outcome |
|---|---|---|---|---|---|---|---|---|
| 1996CR000557 | 1/24/1996 | Guilty | GP (3/28/96) | LB | 1/16/1996 | Obtain Prop by False Pretenses | Common Law Forgery (M) | Felony | Guilty to Lesser |
| 1996CR000558 | 1/24/1996 | Guilty | GP (3/28/96) | LB | 1/10/1996 | Obtain Prop by False Pretenses | Common Law Forgery (M) | Felony | Guilty to Lesser |
| 1996CR000559 | 1/24/1996 | Guilty | GP (3/28/96) | LB | 1/9/1996 | Obtain Prop by False Pretenses | Common Law Forgery (M) | Felony | Guilty to Lesser |
| 1996CR000560 | 1/24/1996 | Guilty | GP (3/28/96) | LB | 1/9/1996 | Obtain Prop by False Pretenses | Common Law Forgery (M) | Felony | Guilty to Lesser |
| 1996CR000561 | 1/24/1996 | Guilty | GP (3/28/96) | LB | 1/5/1996 | Obtain Prop by False Pretenses | Common Law Forgery (M) | Felony | Guilty to Lesser |
| 1996CR000882 | 2/1/1996 | | Dismissal w/o leave by DA (3/28/96) | LB | 12/13/1995 | Larceny by Employee | | Felony | |

Exhibit 17-2

# Edward Tender



Exhibit 17-3