IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| DERRICK JOVAN MCRAE, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) 1:21CV577 |
| | ) |
| ERICK HOOKS, | ) |
| | ) |
| Respondent. | ) |

**JUDGMENT**

The Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and on June 27, 2023, was served on the parties in this action. (ECF Nos. 44, 45.) No objections were filed within the time prescribed by § 636.

The Court hereby adopts the Magistrate Judge's Recommendation.

**IT IS HEREBY ORDERED AND ADJUDGED** that Petitioner's motion for contempt, (ECF No. 30), is **DENIED**.

This, the 13th day of July 2023.

/s/ Loretta C. Biggs
United States District Judge